COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

JAMES FRED aka JAMES DELGADO,              )

SAFETY NATIONAL CASUALTY
CORP.,       )

(AGENT FERNANDO RODRIGUEZ dba           )              
No.  08-05-00069-CV

AMERICA III BAIL BONDS),                             )

                                                                              )                    Appeal from the

Appellant,                          )

                                                                              )         
34th Impact District Court

v.                                                                           )

                                                                              )           of El Paso County, Texas

THE STATE OF TEXAS,                                     )

                                                                              )               
(TC# 2003BF237)

Appellee.                           )

                                                                              )

 

 

MEMORANDUM  OPINION

 

Pending before the
Court is Appellant=s motion
to dismiss appeal and withdraw the notice of appeal.  See Tex.R.App.P. 42.1(a)(1).  Appellant filed his notice of appeal on
February 10, 2005 in this bond forfeiture case. 
Appellant has complied with the requirements of Rule 42.1(a)(1).  The Court has
considered this cause on the Appellant=s
motion and concludes the motion should be granted and the appeal should be
dismissed.  The appeal is hereby
dismissed.

 

 

 

March
31, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.